Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK HERRMANN III,<br><br>               Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., INNOVIS DATA SOLUTIONS, INC.,<br>and TRANS UNION LLC;<br><br>               Defendants. | Case No.: 2:25-cv-02528-JCM-BNW<br><br>**PLAINTIFF'S *EX PARTE* MOTION TO EXTEND TIME FOR SERVICE AGAINST THE U.S. DEPARTMENT OF EDUCATION UNDER FRCP 4(M); PROPOSED ORDER**<br><br>**(FIRST REQUEST)** |

TO THE HONORABLE COURT:

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff hereby moves under FRCP 4(i)(4) and 4(m) to extend time to properly serve Defendant, U.S. Department of Education (the "Department"), by an additional sixty (60) days. This is Plaintiff's first request for an extension of time to serve the Summons and Complaint.

Plaintiff filed the Complaint in this matter on December 18, 2025.[1] The summons as to the Department was issued on December 19, 2025, and served on the Department on January 5, 2026.[2] However, no copy was provided to the U.S. Attorney's Office under FRCP 4(i)(1).

---

[1] See ECF No. 1.
[2] See ECF Nos. 5 and 9.

## I.    GOOD CAUSE FOR AN EXTENSION EXISTS

Under FRCP (4)(i)(4), the court must allow a party a reasonable time to cure its failure to serve a person required to be served under Rule 4(i)(2), if the party has served either the United States attorney or the Attorney General of the United States. Moreover, FCRP 4(m) provides, in pertinent part, that if the Plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Even if good cause has not been established, the court has broad discretion to extend time under Rule 4(m). Efaw v. Williams, 473 F.3d 1038, 1041 (9th Cir. 2003).

Here, good cause exists to briefly extend the deadline to serve the Department, as Plaintiff served the Department via process server on January 5, 2026, albeit without the accompanying certified copy to the U.S. Attorney's office.[3] As a result, the Department has actual notice of the pending case. Immediately upon becoming aware of the service issue, Plaintiff filed the instant motion to seek relief. Moreover, the brief lapse of time from the deadline for service was the result of excusable neglect related to the good-faith belief that service was completed via a process server on the Department in January 2026.

Finally, this case is still in its infancy, with only one party having filed an Answer (Trans Union LLC), and the claims against that party having already been resolved in principle.[4] As a result, no prejudice will be suffered by a brief extension to correct service against the Department.

///

///

///

///

///

///

///

---

[3] See ECF No. 9.
[4] See ECF Nos. 13 and 18.

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
(702) 563-4450  FAX: (702) 552-0408

**II.     CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this court grant his motion to extend time to serve the Department by sixty (60) days.

Dated: March 27, 2026

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*               .
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

**ORDER**

According to Plaintiff's Motion under Fed. R. Civ. P. 4(i)(4) and 4(m), and finding good cause therefore, the Court ORDERS that Plaintiff may have an additional __60__ days from the date of this Order to serve the U.S. Department of Education under Fed. R. Civ. P. 4(i).

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 30, 2026

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
(702) 563-4450  FAX: (702) 552-0408

Page 3 of 3