Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L.
HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK HERRMANN III,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., INNOVIS DATA SOLUTIONS, INC., and TRANS UNION LLC;<br><br>Defendants. | Case No.: 2:25-cv-02528-JCM-BNW<br><br><br>**STIPULATION AND ORDER OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE** |

Plaintiff, Frederick Herrmann III ("Plaintiff") and Defendant, Trans Union LLC ("Trans Union") (Plaintiff and Trans Union are collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against Trans Union with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with the Parties bearing their own attorneys' fees

///

///

///

///

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408

and costs incurred in this action.

Respectfully Submitted.

Dated: April 23, 2026

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: April 23, 2026

**HALL & EVANS**

*/s/ Madisyn Schaus*
Madisyn Schaus, Esq.
Nevada Bar No. 17294
1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89144
schausm@hallevans.com
*Attorney for Trans Union LLC*

### ORDER OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Trans Union are hereby dismissed with prejudice. Plaintiff and Trans Union will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 24, 2026
_____

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408