TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

EDNIN D. MARTINEZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Ednin.Martinez@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Frederick Herrmann III,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Department of Education, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-02528-JCM-BNW<br><br>**Stipulation for Voluntary Dismissal** |

It is hereby stipulated and agreed by and between Plaintiff Frederick Herrmann III and Defendant U.S. Department of Education, through their respective undersigned counsel, that the above-captioned action be dismissed with prejudice, with the parties to bear their own costs, attorneys' fees or other expenses in this matter, under Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Civil Rule 41.1(b).

/ / /

The parties respectfully request that the Court grant this stipulation for voluntary dismissal with prejudice.

Respectfully submitted this 27th day of June 2026.

**Law Office of Kevin L. Hernandez**

*/s/ Kevin L. Hernandez*
KEVIN L. HERNANDEZ, ESQ.
Kevin@kevinhernandezlaw.com
*Counsel for Frederick Herrmann III*

SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Ednin Martinez*
EDNIN MARTINEZ
Assistant United States Attorney
*Counsel for Department of Education*

**IT IS SO ORDERED:**

James C. Mahan
**U.S. DISTRICT JUDGE**

**DATED:** July 28, 2026